USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| -v.- | : 19-cr-00846 (ALC) |
| | : |
| | : **ORDER** |
| MALIK HAWKINS, | : |
| | : |
| Defendant. | : |
| | : |

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

Telephone Bail Hearing set for **April 3, 2020 at 2:30 PM**. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial the conference code 3768660.

**SO ORDERED.**

Dated:    **April 1, 2020**
           **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**