UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                               **O R D E R**

MALIK HAWKINS,                          19 Cr. 846 (ALC)

                    Defendant.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/2020

IT IS HEREBY ORDERED that the BUREAU OF PRISONS/METROPOLITAN DETENTION CENTER-BROOKLYN (MDC) is directed to provide the following to MALIK HAWKINS, 87676-054:

1. A wheelchair suitable as prescribed by MDC medical staff;

2. A shower chair to enable Malik Hawkins to safely bathe;

3. Medical treatment for existing bed sores resulting from his paraplegia;

4. Ongoing medical attention to avoid recurrence of bed sores;

5. Such other equipment and medical treatment recommended by medical personnel.

IT IS FURTHER ORDERED that a representative of MDC-LEGAL DEPARTMENT shall provided a status report to the Court no later that Thursday, April 9, 2020.

Dated: April 6, 2020

                                            **SO ORDERED.**

                                            */s/ Andrew L. Carter*

                                            ANDREW L. CARTER, JR.
                                            United States District Judge