# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-306-6666 • Cell  
888-587-4737 • Fax

33 West 19th Street - 4th Floor  
New York, New York 10011  
bc@sternheimlaw.com

April 13, 2020

Honorable Andrew L. Carter, Jr.  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007



Re: *United States v. Malik Hawkins*  
19 Cr. 846 (ALC)

Dear Judge Carter:

    I have reviewed the MDC letter, dated April 9th from Holly Pratesi, Senior Staff Attorney in response to the Court's April 3d order. The response completely ignores the request for a shower chair and reiterates that Mr. Hawkins must request a form for his wheelchair. As stated in my letter motion and the email sent to MDC, Mr. Hawkins made the request, as directed by MDC, without appropriate response and action by his unit counselor.

    I have enclosed a proposed order. If the MDC fails to comply, I am requesting that the Court hold a hearing requiring MDC to provide a witness to give sworn testimony on the issue.

    Your consideration is greatly appreciated.

Very truly yours,

/s/  
BOBBI C. STERNHEIM

Enc.  
cc: Government Counsel

---

The Court has received communications from the Bureau of Prisons indicating that Mr. Hawkins has now or will imminently be receiving the equipment he is owed pursuant to Judge Carter's prior order. Based on those representations, Defendant's motion for a hearing is DENIED as moot.

Dated:    April 17, 2020  
              New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE