UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MALIK HAWKINS

Defendant.

19 Cr. 846-8 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change of plea hearing on June 30, 2022, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  It is further ORDERED that time is excluded under the Speedy Trial Act between April 20, 2022, and June 30, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to continue to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket number 253.

SO ORDERED.

Dated:   April 20, 2022
        New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge