UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MALIK HAWKINS,<br><br>Defendant. | 19 Cr. 846-8 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The change of plea hearing scheduled in this matter for June 21, 2022, at 11:00 a.m. is hereby rescheduled to **June 21, 2022, at 4:00 p.m.**

SO ORDERED.

Dated:  June 8, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge