

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 3, 2025

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: FaillaNYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

  Re: ***United States v. Hawkins***, 19 Cr. 846 (KPF)

Dear Judge Failla,

  The Government respectfully submits this letter to request an adjournment of the violation of supervised release status conference for defendant Malik Hawkins, which is presently scheduled for Thursday, February 6, 2025 at 10:30 a.m., in light of the defendant's compliance with the conditions of supervised release and the schedule of his state court case.  Accordingly, the parties respectfully request that the Court adjourn the conference to Thursday, March 20, 2025 at 11:00 a.m.  The parties have conferred with chambers and understand that date and time is convenient for the Court.

            Respectfully submitted,

            DANIELLE R. SASSOON
            United States Attorney for the
            Southern District of New York

    By: _____
       Juliana N. Murray
       Assistant United States Attorney
       (212) 637-2314

cc:  Patrick Joyce, Esq. (via ECF)

Application GRANTED. The supervised release status conference currently scheduled for February 6, 2025, is hereby ADJOURNED to **March 20, 2025** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 404.

Dated:  February 3, 2025         SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE