# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

June 9, 2025

Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**Re:** <u>United States v. Malik Hawkins,</u> **19-cr-846-8**
Request for Adjournment

Dear Judge Failla,

    I am the attorney for the above-named defendant, Mr. Malik Hawkins. This case is presently scheduled for a status conference regarding Mr. Hawkin's VOSR on June 13, 2025. Mr. Hawkins is scheduled to appear for his state court case on July 3, 2025. Therefore, I am requesting that the Court adjourn this case to a date and time convenient with the Court in mid-August 2025. I spoke with AUSA Juliana Murray and she consents to this request. This is the fourth request for adjournment.

    If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

Application GRANTED.  The VOSR status conference previously scheduled for June 13, 2025, is hereby ADJOURNED to **August 21, 2025,** at **3:00 p.m.**  The Clerk of Court is directed to terminate the pending motion at docket entry 412.

Dated:     June 10, 2025                SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE