# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

August 13, 2025

Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**Re:** <u>United States v. Malik Hawkins,</u> **19-cr-846-8**
Request for Adjournment

Dear Judge Failla,

    I am the attorney for the above-named defendant, Mr. Malik Hawkins. This case is presently scheduled for a status conference regarding Mr. Hawkin's VOSR on August 21, 2025. Mr. Hawkins is scheduled to appear for his state court case on September 17, 2025. Therefore, I am requesting that the Court adjourn this case to a date and time convenient with the Court after September 17, 2025. I spoke with AUSA Juliana Murray and she consents to this request. This is the fifth request for adjournment.

    If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

Application GRANTED. The VOSR status conference previously scheduled for August 21, 2025, is hereby ADJOURNED to **October 9, 2025,** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 415.

Dated:     August 13, 2025          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE