# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

October 7, 2025

Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**Re:   <u>United States v. Malik Hawkins,</u> 19-cr-846-8**
       Request for Adjournment

Dear Judge Failla,

    I am the attorney for the above-named defendant, Mr. Malik Hawkins. This case is presently scheduled for a status conference regarding Mr. Hawkin's VOSR on October 9, 2025. Mr. Hawkins is scheduled to appear for his state court case later this month. Therefore, I am requesting that the Court adjourn this case to a date and time convenient with the Court in mid to late November 2025. I spoke with AUSA Juliana Murray, and she consents to this request. This is the sixth request for adjournment.

    If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

Application GRANTED. The VOSR status conference previously scheduled for October 9, 2025, is hereby ADJOURNED to **December 11, 2025,** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 417.

Dated:   October 8, 2025           SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE