UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                  :

UNITED STATES OF AMERICA,          :

                 Plaintiff,     :      19 Cr. 846 (KPF)

         v.                  :      ORDER

                                    :

MALIK HAWKINS,               :

                 Defendant.     :
--------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:


       It is hereby ORDERED, that the defendant, Malik Hawkins, USM# 87676-054, is hereby remanded to the custody of the United States Marshal.


       SO ORDERED.

Dated:      January 22, 2026
            New York, New York

                                    _____
                                       KATHERINE POLK FAILLA
                                  United States District Judge