**MEMO ENDORSED**

# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

March 30th, 2026

Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**    <u>**United States v. Malik Hawkins,**</u> **19-cr-846-8**
Request for Adjournment

Dear Judge Failla,

I am the attorney for the above-named defendant, Mr. Malik Hawkins. This case is presently scheduled for a status conference regarding Mr. Hawkins' VOSR on April 2, 2026. Mr. Hawkins' related state court matters are scheduled to be heard on Thursday, April 23, 2026. As those proceedings will occur after the presently scheduled status conference, the defense will have no substantive update for the Court this week. The United States Attorney consents to an adjournment of the VOSR proceeding so that the parties may report to this Court regarding the resolution of the state court matters. Therefore, I am requesting that the Court adjourn until the first week of May 2026 or to a date convenient for the Court thereafter. This is the fifth request for Adjournment.

If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

Application GRANTED. The VOSR status conference previously scheduled for April 2, 2026, is hereby ADJOURNED to **May 28, 2026, at 4:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 428.

Dated:      April 1, 2026            SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE