**MEMO ENDORSED**

# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street – 3rd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

May 26, 2026

Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Malik Hawkins,** 19-cr-846-8
      Request for Adjournment

Dear Judge Failla,

    I am the attorney for the above-named defendant, Mr. Malik Hawkins. This case is presently scheduled for a status conference regarding Mr. Hawkin's VOSR on May 28, 2026. Mr. Hawkins' state court case is scheduled for plea or trial on July 23, 3026. Therefore, I am requesting that the Court adjourn this case to a date and time convenient with the Court during the first week of August 2026. I spoke with AUSA Juliana Murray, and she consents to this request. This is the eighth request for adjournment.

    If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Respectfully submitted,

Patrick Joyce

Application GRANTED. The VOSR status conference previously scheduled for May 28, 2026, is hereby ADJOURNED to **August 6, 2026**, at **10:00 a.m.** The Clerk of Court is directed to terminate the pending motion at docket entry 434.

SO ORDERED.

Dated:   May 27, 2026
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE